# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

DRAKE A. EDWARDS,

       Plaintiff,              :        Case No. 3:08-cv-157

                                        District Judge Thomas M. Rose
    -vs-                                  Chief Magistrate Judge Michael R. Merz

                                    :

DAYTON VETERANS MEDICAL
CENTER, et al.,

       Defendants.

## ORDER ADOPTING REPORT AND RECOMMENDATIONS

The Court has reviewed the Report and Recommendations of United States Magistrate Judge Michael R. Merz (Doc. No. 2), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired on May 22, 2008, hereby ADOPTS said Report and Recommendations.

It is therefore ORDERED that Plaintiff's Application for Leave to Proceed *in forma pauperis* (Doc. No. 1) is denied and this case terminated on the docket records of this Court.


May 27, 2008.                                        **\*S/THOMAS M. ROSE**

                                                                Thomas M. Rose
                                                     United States District Judge